**FORM 9** (Rev. 11/93)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT COLUMBUS

| | |
|---|---|
| In the matter of:<br>**CANYON SYSTEMS CORPORATION** | Case No. 97-33774<br><br>Chapter 7<br><br>Judge John E. Hoffman, Jr. |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The check in the amount of $27,714.28 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

4444444444444444444444444444444444444444444444444444444444444444

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Norma Farris<br>9156 Taylorsville Rd.<br>Huber Heights, OH 45424 | 23 | $ 1,606.41 |
| Deis J. Marie<br>4214 Woodcliffe Avenue<br>Dayton, OH 45420 | 35 | $ 994.44 |
| James L. Turner<br>8016 Jamaica Rd.<br>Germantown, OH 45327 | 44 | $ 2,317.81 |
| Tammy Cook<br>2023 S. 166th Circle<br>Omaha, NE 68130 | 591 | $ 10,977.08 |
| Benita Lipayon<br>4935 Bridle Way<br>Antioch, CA 94509 | 729 | $ 764.95 |
| Arthur Cortez<br>4935 Bridle Way<br>Antioch, CA 94509 | 730 | $ 1,300.42 |

| | | |
|---|---|---|
| Larry O. Chandler, Jr.<br>3138 Eagle Drive<br>Maryville, TN 37803 | 771 | $ 229.49 |
| Troy Wilson<br>4012 Jewell Street<br>Middletown, OH 45042 | 892 | $ 2,914.47 |
| Mary Lee Pons<br>910 Ahana St. Apt. 205<br>Honoluly, HI 96814 | 1012 | $ 229.49 |
| Ryan Ginther<br>9109 Oregonia Rd.<br>Waynesville, OH 45068 | 1191 | $ 22.95 |
| Lavina Wilson<br>10 Yale Avenue<br>Dayton, OH 45406 | 1269 | $ 229.49 |
| Heather Blatter<br>848 Northern Parkway<br>Cincinnati, OH 45224 | 1270, 1271, 1273 | $ 3,029.22 Total<br>($1,216.28 for POC 1270;<br>$1,032.69 for POC 1271; and<br>$780.25 for POC 1273) |
| David A. Foreman<br>3420 Lytham Lane<br>Dayton, OH 45440 | 1376 | $ 3,098.06 |

4444444444444444444444444444444444444444444444444444444444444444

| Total Unclaimed/Small<br>Dividends $25.00 or under | Total Unclaimed<br>Dividends Over $25.00 |
|---|---|
| $0.00 | $27,714.28 |

Dated: **9/25/2008**

*/s/ John Paul Rieser*

John Paul Rieser, Case Trustee
7925 Graceland St.
Dayton, OH 45459
Tel: (937)224-4128   Fax: (937)224-3090
tecfdesk@rieserlaw.com

cc:  U.S. Trustee, 170 N. High St., Ste. 200, Columbus, OH  43215-2403