Bankruptcy Court
Clerk of Courts
120 3rd W
Dayton, OH 45402

RE: ORDER GRANTING SECOND MOTION
    FOR THE RELEASE OF FUNDS

    This SECOND MOTION FOR THE RELEASE OF FUNDS has come before the Court. I being the Debtor have unclaimed funds in the amount of $2,914.47 that are due me as a result of the sale of my previous property at 4012 Jewell St., Middletown, OH. I understand these funds were deposited into the U.S. Treasury.
    Jesse Nutt of the Department of the Court House informed me that there were no objections and I have notified all the appropriate parties involved by mail. Second Court Motion enclosed.
    I respectfully request these funds be released and mailed to my current address of:

> Troy Wilson
> 5805 W. Alexandria Rd
> Middletown, OH 45042

Phone numbers you can reach me at are:
> 513-571-6279 cell
> 513-422-0286 home

Through my wife: Pauletta Wilson
> (same address)
> 513-464-7255

She has my permission to give, receive, and act on information pertaining to this claim.

Thank you for your time and attention in helping me retrieve my lost funds. My attorney has not been available to pursue this matter for me.

Respectfully,

*Troy Wilson*

Troy Wilson
5805 W. Alexandria Rd
Middletown, OH 45042
(513) 571-6279  (513) 422-0286

FILED 08 DEC 15 AM 11:07
KENNETH JORDAN
CLERK OF COURT
U.S. BANKRUPTCY COURT
DAYTON, OHIO

Enclosures
TW/pw

_____
Notary  Comm Exp. 9/25/11

United States Bankruptcy Court
Southern District of Ohio
Western Division
Clerk of Courts
120 3rd W
Dayton, OH 45402

| | | |
|---|---|---|
| IN RE: | : | Case no. 97-33774 |
| Troy Wilson | : | Judge: Barbara Reno |
| Debtor | : | Trustee: Paul Space |
| Through: Canyon Systems Corp. | : | **ORDER GRANTING SECOND MOTION FOR THE RELEASE OF FUNDS** |

This matter has come before the court:

It appearing that the Bankruptcy Trustee has paid funds to the Court in the amount of $2,914.47, representing unclaimed funds due to the above referenced Debtor, and that said Debtor has moved that this Court order the release of such funds

IT IS SO ORDERED that the Clerk of Courts shall release the funds to Debtor.

Served upon:

Troy Wilson
5805 W. Alexandria Rd.
Middletown, OH 45042

Paul Spaeth
Trustee
8648 Old Troy Pk
Dayton, OH 45402

U.S. Attorney, Attn: Civil Process Clerk
200 W. 2nd St. Room# 602
Dayton, OH 45402

U.S. Trustee's Office
170 N. High St. Room# 200
Columbus, OH 43215

U.S. Trustee's Office
36 E. 7th St. Suite# 2030
Cincinnati, OH 45202

# # #

