This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**

Dated: January 14, 2010

John E. Hoffman, Jr.
United States Bankruptcy Judge

---

## United States Bankruptcy Court for the
## Southern District of Ohio, Eastern Division
## Dayton Divisional Office

IN RE:

Canyon Systems Corporation

Debtor(s)

Case No. 97-33774
Chapter 7
Judge John E. Hoffman Jr.

### ORDER FOR RELEASE OF UNCLAIMED FUNDS

**IT APPEARING THAT** the amount of $764.95 constituting unclaimed funds due to Benita Lipayon, claimant in the above-referenced case, are on deposit with the United States Treasury.

**IT ALSO APPEARING THAT** Dilks & Knopik, LLC, Attorney in Fact for Claimant, has furnished an Application for Release of Unclaimed Funds (Docket # 943) and the required documentation for release of unclaimed funds and has complied with the provisions of 28 U.S.C. Section 2024. The last four digits of the social security number of the claimant (or federal tax i.d. number if claimant is a corporation) has been provided. If applicant is a funds locator, a Power of Attorney granting authority to petition the Court to collect funds on behalf of the claimant has been filed.

**THEREFORE, IT IS HEREBY ORDERED THAT** the Clerk of Court shall pay the unclaimed funds in the amount of $764.95 to the order of Benita S. Lipayon c/o Dilks & Knopik, LLC and mail the check to P.O. Box 2728, Issaquah, WA 98027.

Service List:
US Attorney, Southern District of Ohio, 200 W. Second Street #602, Dayton, OH 45402
Office of the US Trustee, 36 East Seventh Street, Suite 2050, Cincinnati, OH 45202
Canyon Systems Corporation, Debtor, 28 E Rahn Road #106, Dayton, OH 45429
John Paul Rieser, Case Trustee, tecfdesk@rieserlaw.com,
Barry S Galen, Debtors Attorney, bgalenlaw@sbcglobal.net,
Dilks & Knopik, LLC, Attorney-in-Fact for Benita S. Lipayon, PO Box 2728, Issaquah, WA 98027
Jean Lynch, Financial Administrator, USBC, Dayton, OH

###